# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MORRIS WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-cv-30 |
| ) | (Phillips/Shirley) |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 26, 2009, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued a Report and Recommendation ("R&R") [Doc. 20], in which he recommended that plaintiff's Motion for Judgment on the Pleadings to Reverse the Commissioner's Decision [Doc. 14] be denied and the Commissioner's Motion for Summary Judgment [Doc. 18] be granted.

The deadline for timely objections has passed with no such objections having been filed. After having carefully reviewed the record, the court is in agreement with Judge Shirley's thorough analysis. Accordingly, the R&R [Doc. 20] is **ACCEPTED IN WHOLE**, which the court adopts and incorporates herein, whereby plaintiff's Motion for Motion for Judgment on the Pleadings to Reverse the Commissioner's Decision [Doc. 14] is **DENIED**, and the Commissioner's Motion for Summary Judgment [Doc. 18] is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

   s/ Thomas W. Phillips
United States District Judge